STATE of Missouri, Plaintiff/Respondent,

v.

Donald Ray REDMON,
Defendant/Appellant.

No. 64846.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 25, 1994.

1. All statutory references are to RSMo, 1986.

Henry B. Robertson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

A jury found defendant guilty of first degree assault § 565.050, RSMo 1986, and armed criminal action § 571.015, RSMo 1986. Defendant appeals; we affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).